STATE OF NEW JERSEY v. CURTIS SMITH.

April 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LENNON HINSON.

April 10, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT ELI BARD.

April 10, 1984.

Petition for certification denied.

MARILYN RHYNE HERR v. CHARLES RYMAN HERR, JR.

April 10, 1984.

Petition for certification denied.